UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 30 AM 10: 22

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'07 MJ 2555** |
| ) | |
| ) | COMPLAINT FOR VIOLATION OF:   DEPUTY |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Hector Mario TORRES,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 29, 2007** within the Southern District of California, defendant, **Hector Mario TORRES,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF October 2007

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Hector Mario TORRES

## PROBABLE CAUSE STATEMENT

On October 29, 2007, at approximately 3:30 a.m., Border Patrol Agent Jason L. Giordano, assigned to the Chula Vista Border Patrol Field Training Unit, was assigned linewatch duties when he responded to provide assistance to Senior Patrol Agent Quang Nguyen, who had observed a group of five suspected undocumented aliens, at an area commonly known as "Windmill Canyon." This area is approximately one mile east of the Otay Mesa, California Port of Entry and approximately two miles north of the United States/Mexico International Boundary fence. Agent Giordano approached the group hiding in an area covered by large rocks. Agent Giordano identified himself as a United States Border Patrol Agent and instructed the group to walk towards him. Agent Giordano questioned each individual in the group, including one later identified as the defendant **TORRES, Hector Mario**, as to their citizenship and nationality, to which they all replied "Mexico." Agent Giordano then questioned each individual if they possessed any immigration documents to be or remain in the United States legally, to which they all replied, "No." Agent Giordano placed all five individuals under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks reveal that the defendant has a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 14, 2007** through the **Del Rio, Texas Port of Entry.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.