**FILED**

NOV 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ 07cr 3187-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| HECTOR MARIO TORRES, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about ~~6/20/1997~~ 5/1/93, within the Southern

District of California, defendant HECTOR MARIO TORRES, being an

alien, unlawfully entered or attempted to enter the United States

at a time and place other than as designated by immigration

officers, and eluded examination and inspection by immigration

officers, and attempted to enter or obtained entry to the United

States by a willfully false or misleading representation or the

willful concealment of a material fact; in violation of Title 8,

United States Code, Section 1325, a misdemeanor.

ABC:drh:San Diego
11/5/07

Count 2 ~~6/10/1997~~ *w h*C 6/10/1997 *fur Har*

1

2      On or about _____~~5-11-1995~~_____, within the Southern

3  District of California, defendant HECTOR MARIO TORRES, being an

4  alien, unlawfully entered or attempted to enter the United States

5  at a time and place other than as designated by immigration

6  officers, and eluded examination and inspection by immigration

7  officers, and attempted to enter or obtained entry to the United

8  States by a willfully false or misleading representation or the

9  willful concealment of a material fact and previously committed the

10 offense of illegal entry, as alleged in Count 1; all in violation

11 of Title 8, United States Code, Section 1325, a felony.

12                              Count 3

13     On or about October 29, 2007, within the Southern District of

14 California, defendant HECTOR MARIO TORRES, being an alien,

15 unlawfully entered or attempted to enter the United States at a

16 time and place other than as designated by immigration officers,

17 and eluded examination and inspection by immigration officers, and

18 attempted to enter or obtained entry to the United States by a

19 willfully false or misleading representation or the willful

20 concealment of a material fact and previously committed the offense

21 of illegal entry, as alleged in Count 1; all in violation of

22 Title 8, United States Code, Section 1325, a felony.

23     DATED: __11/22/07__.

24                              KAREN P. HEWITT
                                United States Attorney
25

26

27                              AARON B. CLARK
                                Assistant U.S. Attorney
28